1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8
9

Fernando Gastelum,

10

Plaintiff,

11

v.

12

Chandler & Kyrene Hotel Group LLC,

13

Defendant.

14

**NO. CV-17-04089-PHX-DJH**

**AMENDED[1] JUDGMENT**
**IN A CIVIL CASE**

15   Pursuant to Plaintiff having accepted Defendant's offer of judgment, judgment is
16   hereby entered against Defendant Chandler & Kyrene Hotel Group LLC as follows:
17   1. Defendant will (within 60 days) identify and describe on its website accessible
18   features found in each of the following areas of the hotel: (1) Parking and Loading
19   Zone; (2) Exterior Routes; (3) Building Entrances and Lobby; (4) Interior Routes;
20   (5) Public/Common Use Restrooms; (6) Accessible Guestrooms and Suites; (7)
21   Accessible Guestroom Bathrooms; and (8) Pool/Spa area.
22   2. Defendant will (within 60 days) communicate the above referenced accessible
23   features to all third party booking agents who facilitate online or telephonic
24   reservations for Defendant's hotel. Defendant shall provide Plaintiff with a copy of
25   this communication.
26   3. Defendant will (within 60 days) modify its policies, practices and procedures to
27
28

---

[1] Amended to correct defendant name in line 16.

ensure that individuals who require mobility and/or ambulatory assistance can make

reservations for accessible guest rooms during the same hours and in the same

manner as individuals who do not require mobility and/or ambulatory assistance.

Defendant shall provide Plaintiff with a copy of the modified policies, practices and

procedures referenced herein.

4. Defendant shall (within 90 days) identify mobility accessibility features at its hotel

that do not comply with the 2010 Standards of Accessibility Design and shall,

within 12 months, remove barriers to mobility accessibility to the extent that such

removal is readily achievable.

This matter is hereby terminated.

Brian D. Karth
District Court Executive/Clerk of Court

February 20, 2018

s/ Leann Dixon
By   Deputy Clerk