IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum, | No. CV-17-04089-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Chandler & Kyrene Hotel Group LLC, | |
| Defendant. | |

On July 17, 2018, Plaintiff filed a Notice of Suspension and Request for Stay Pending Retainer of New Counsel (Doc. 27), wherein he informs the Court that his counsel's law license has been suspended on an interim basis and thus counsel can no longer appear on his behalf. (*Id*.) Plaintiff therefore requests that the Court "stay this proceeding for a period of sufficient duration for plaintiff to find and engage new counsel." (*Id*.) No response has been filed. This case, however, was terminated on February 20, 2018 and therefore a stay is not warranted.[1] (*See* Doc. 18). Accordingly,

**IT IS ORDERED** that Plaintiff's Request (Doc. 27) is **denied** as moot. This case

…

…

….

---

[1] On June 15, 2018, the Court stayed this action pending Plaintiff's appeal in *Gastelum v. Canyon Hospitality LLC*, CV-17-02792-PHX-GMS. (Doc. 26). On September 10, 2018, Plaintiff-Appellant filed a voluntary dismissal of his appeal, and the Ninth Circuit granted the same on September 17, 2018. (*See Gastelum v. Canyon Hospitality LLC*, CV-17-02792-PHX-GMS at Doc. 58). Accordingly, this Court's June 15, 2018 Stay is no longer in effect.

1 shall remain closed.

2 Dated this 6th day of November, 2018.

_____
Honorable Diane J. Humetewa
United States District Judge